**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      *In re Yakov Albaz and AA Top Success LLC d/b/a Crossland Van Lines and Storage*,

Appellate case number:   01-17-00804-CV, 01-17-00910-CV, & 01-17-00911-CV

Trial court case number:  1080464 & 1080464-101

Trial court:                      County Civil Court at Law No. 2 of Harris County

Party filing motion:         The State of Texas

 

      Yakov Albaz's motion for rehearing is **DENIED**. *See* TEX. R. APP. P. 49.3. Any pending motions are dismissed as moot.

 

Judge's signature:      /s/ Russell Lloyd
                       Acting for the Court

Panel consists of Justices Bland, Lloyd, and Caughey.

 

Date: December 20, 2018